UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Robert Johnson,

        Plaintiff

 v.

Barclay Damon LLP,

        Defendant

Case No. 2:24-cv-01576-CDS-EJY

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 3]

      On September 3, 2024, Magistrate Judge Elayna Youchah issued a report and recommendation ("R&R") recommending that I dismiss plaintiff Robert Johnson's application to proceed *in forma pauperis* (ECF No. 1) and dismiss with prejudice Johnson's claims against defendant Barclay Damon LLP for lack of personal jurisdiction. R&R, ECF No. 3. Johnson had until September 17, 2024, to file any objections to the R&R. *Id.* at 4 (citing LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, Johnson has neither objected to the R&R nor requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). As no objections have been filed, I adopt the R&R in full and dismiss this action with prejudice.

      Pro se litigants should be given leave to amend unless it is absolutely clear that the defective complaint cannot be cured by amendment. *Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995). Because Johnson does not allege that Barclay Damon LLP has ever purposefully availed itself of doing business within Nevada, there are no grounds to believe that this infirmity could be corrected by granting leave to amend, making amendment futile.

Conclusion

IT IS THEREFORE ORDERED that Judge Youchah's report and recommendation **[ECF No. 3] is adopted** in its entirety. The action is now dismissed with prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close the case.

Dated: October 7, 2024

_____
Cristina D. Silva
United States District Judge